# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

## No. ACM S32415

————————————

### UNITED STATES
*Appellee*

**v.**

### Breanna T. WILSON
Airman First Class (E-3), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 6 July 2017

————————————

*Military Judge:* Andrew Kalavanos.

*Approved sentence:* Bad-conduct discharge, confinement for 5 months, and reduction to E-1. Sentence adjudged 11 April 2016 by SpCM convened at Joint Base Langley-Eustis, Virginia.

*For Appellant:* Major Jarett Merk, USAF.

*For Appellee:* Major Mary Ellen Payne, USAF.

Before MAYBERRY, HARDING, and C. BROWN, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c).

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

KURT J. BRUBAKER
Clerk of the Court